**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7013**
_____

ZAKKA ALI,

                                      Plaintiff - Appellant,

        versus

GENE JOHNSON, Director, Virginia Department of
Corrections;  HELEN  F.  FAHEY,  Chairwoman,
Virginia Parole Board,

                                      Defendants - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.   Raymond  A.  Jackson,  District
Judge.  (CA-05-332-2-RAJ)

_____

Submitted:  November 22, 2005      Decided:  December 6, 2005

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Zakka Ali, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Zakka Ali appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Ali v. Johnson</u>, No. CA-05-332-2-RAJ (E.D. Va. June 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>